Starsha SEWELL, Plaintiff-Appellant,

v.

AMERICAN EDUCATION SERVICES/PHEAA, Defendant-Appellee.

No. 16-1761

United States Court of Appeals, Fourth Circuit.

Submitted: November 14, 2016

Decided: November 16, 2016

Starsha Sewell, Appellant Pro Se. Joseph Paul Esposito, Thomas Clinton Goodhue, HUNTON & WILLIAMS, LLP, Washington, D.C., for Appellee.

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's order dismissing this action raising various claims related to a default student loan. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sewell v. American Edu. Servs. /PHEAA, No. 8:15-cv-03076-DKC, 2016 WL 3460095 (D. Md. June 24, 2016). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED